IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE ANN WOLF,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, NDEX WEST, LLC, and LSI TITLE COMPANY,

    Defendants.
                                   /

No. C 11-01337 WHA

**ORDER TO SHOW CAUSE**

Plaintiff Julie Ann Wolf was ordered to file an opposition to defendant's motion to dismiss by May 19, 2011 (Dkt. No. 16). She did not do so. Plaintiff is ordered to respond by **JUNE 10, 2011**, and show cause for her failure to respond to the motion. This order to show cause does not constitute permission to file a late opposition. The hearing on defendant's motion to dismiss and plaintiff's motion to remand on June 9, 2011, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If plaintiff does not respond by June 10, 2011, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 23, 2011.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE