IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN WOLF,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, and NDEX WEST, LLC,<br><br>    Defendants.<br>_____/ | No. C 11-01337 WHA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO PROSECUTE HER CASE** |

    Plaintiff Julie Ann Wolf was ordered to file an opposition to defendant's motion to dismiss by May 19. She did not do so. Then she was ordered to show cause by June 10 for her failure to respond. Again, she did not do so. Instead, her counsel has requested "that the Court delay its decision on the pending Order to Show Cause for a period of 30 to 45 days." The reason given for the request is that counsel is considering "which forum is most appropriate to assert Ms. Wolf's claims."

    Good cause has not been shown to allow the requested extension of plaintiff's time to prosecute her own action against defendants. Therefore, the request for an extension is **DENIED**. Plaintiff's counsel have until **JUNE 20, 2011**, to respond with an opposition to the motion to dismiss, a motion for leave to file an amended complaint, or a proper notice of dismissal. A motion for leave to file an amended complaint must append the proposed amended complaint. If

plaintiff's counsel do not respond by June 20, the motion to dismiss will be considered unopposed, and this case will be dismissed.

**IT IS SO ORDERED.**

Dated: June 10, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2