IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN WOLF,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, and NDEX WEST, LLC,<br><br>    Defendants.<br>                              / | No. C 11-01337 WHA<br><br>**ORDER REGARDING BRIEFING STATUS** |

Defense counsel has filed a statement of non-opposition to plaintiff's motion for leave to file a first amended complaint. In accordance with a prior scheduling order, plaintiff's counsel still has until **NOON ON JULY 12, 2011**, to file a reply in support of plaintiff's motion to remand. Therefore, this order confirms that, unless plaintiff's counsel withdraws the motion to remand, plaintiff's counsel will still be given the opportunity to file a reply, after which both the motion for leave to file an amended complaint and the motion to remand will be decided.

**IT IS SO ORDERED.**

Dated: July 6, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE