IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN WOLF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, and NDEX WEST, LLC,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 11-01337 WHA<br><br><br><br>**ORDER TO SHOW CAUSE** |

　　This is the second time plaintiff Julie Ann Wolf has failed to file a response by the deadline to a motion to dismiss by defendants. The deadline for plaintiff to respond to defendants' motion to dismiss the first amended complaint was August 15 (Dkt. Nos. 33–35). No such response has been received. Plaintiff is ordered to respond by **NOON ON AUGUST 23, 2011**, and show cause for her failure to respond to the motion. This order to show cause does not constitute permission to file a late opposition. The motion hearing and case management conference on September 8, 2011, are **VACATED**. They shall be re-set by the Court if necessary. If plaintiff does not respond by August 23, this case will be dismissed for failure to prosecute.

　　**IT IS SO ORDERED.**

Dated: August 17, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE