**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN WOLF,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, AND FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, NDEX WEST, LLC, GOLDEN SAVINGS ASSOCIATION SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GUARANTEE MORTGAGE, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                                                  / | No. C 11-01337 WHA<br><br>**ORDER VACATING HEARING** |

An order has issued regarding defendants' motion to expunge (Dkt. No. 50). The hearing set for October 6, 2011 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: October 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE