**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE ANN WOLF,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., also known as WACHOVIA MORTGAGE, A division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, and formerly known as World Savings Bank, FSB, formerly known as World Savings Bank, FSB, NDEX WEST LLC, GOLDEN SAVINGS ASSOCIATION SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GUARANTEE MORTGAGE, and DOES 1 through 100, inclusive,

    Defendants.

No. C 11-01337 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On October 12, 2011, an order issued granting in part and denying in part defendants' motion to dismiss and strike (Dkt. No. 52). Plaintiff was given fourteen calendar days from the date of the order to file a motion for leave to file an amended complaint. Thus, the motion was due October 26.

Plaintiff gave notice of motion and filed a motion for leave to amend plaintiff's first amended complaint on October 28, two days after the deadline set by the Court for filing this motion. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion for leave to file an amended complaint should not be stricken. Plaintiff must show cause by **NOON ON NOVEMBER 4,**

**2011**.  The motion hearing set for December 8, is **VACATED**.  A new briefing schedule and motion hearing will be set if good cause is shown.

    **IT IS SO ORDERED.**

Dated:  October 31, 2011.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

2