**United States District Court**

For the Northern District of California

1

2

3

4

5

6                                IN THE UNITED STATES DISTRICT COURT

7

8                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    JULIE ANN WOLF,                                      No. C 11-01337 WHA

11            Plaintiff,

12       v.                                                **ORDER FINDING**
                                                           **GOOD CAUSE SHOWN**
13    WELLS FARGO BANK, N.A., also known as                **AND SETTING BRIEFING**
      WACHOVIA MORTGAGE, A division of Wells Fargo         **SCHEDULE**
14    Bank, N.A., formerly known as Wachovia Mortgage,
      FSB, and formerly known as World Savings Bank, FSB,
15    formerly known as World Savings Bank, FSB, NDEX
      WEST LLC, GOLDEN SAVINGS ASSOCIATION
16    SERVICE COMPANY, MORTGAGE ELECTRONIC
      REGISTRATION SYSTEMS, INC., GUARANTEE
17    MORTGAGE, and DOES 1 through 100, inclusive,

18            Defendants.
                                                        /
19

20            An order to show cause issued on October 31, 2011.  Plaintiff was ordered to show cause

21    why the motion for leave to file an amended complaint should not be stricken as untimely.  In a

22    sworn statement, counsel for plaintiff stated his partnership is in the process of dissolving and due

23    to the "increased workload and pressures required for this transition" counsel failed to file the

24    motion by the deadline.  Plaintiff will not be penalized for her counsel's failure to comply with

25    the motion deadline.  Good cause having been found, the motion is deemed filed as of the date of

26

27

28

1   this order.  The response brief is due **DECEMBER 1**, and the reply brief is due **DECEMBER 8.**  The

2   motion hearing is set for **DECEMBER 22 AT 8 A.M.**

3

4          **IT IS SO ORDERED.**

5

6   Dated:  November 17, 2011.

    WILLIAM ALSUP
7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2