**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN WOLF,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., also known as WACHOVIA MORTGAGE, A division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, and formerly known as World Savings Bank, FSB, formerly known as World Savings Bank, FSB, NDEX WEST LLC, GOLDEN SAVINGS ASSOCIATION SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GUARANTEE MORTGAGE, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                                        / | No. C 11-01337 WHA<br><br>**ORDER FINDING GOOD CAUSE SHOWN AND SETTING BRIEFING SCHEDULE** |

     An order to show cause issued on October 31, 2011. Plaintiff was ordered to show cause why the motion for leave to file an amended complaint should not be stricken as untimely. In a sworn statement, counsel for plaintiff stated his partnership is in the process of dissolving and due to the "increased workload and pressures required for this transition" counsel failed to file the motion by the deadline. Plaintiff will not be penalized for her counsel's failure to comply with the motion deadline. Good cause having been found, the motion is deemed filed as of the date of

this order. The response brief is due **DECEMBER 1**, and the reply brief is due **DECEMBER 8.** The motion hearing is set for **DECEMBER 22 AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: November 17, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2