United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN WOLF,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, formerly known as World Savings Bank, FSB, NDEX West, LLC, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GUARANTEE MORTGAGE, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-01337 WHA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

     Plaintiff Julie Ann Wolf has moved for leave to file a second amended complaint (Dkt. No. 59). The deadline for pleading amendments in the case management order has not yet passed. Defendants Wachovia Mortgage, Golden West, and Mortgage Electronic Registrations Systems, Inc. have submitted a statement of non-opposition to plaintiff's motion (Dkt. No. 67). No other defendants have submitted an opposition or statement of non-opposition. Accordingly, the motion for leave to file a second amended complaint is **GRANTED**.

Plaintiff shall file her second amended complaint by **NOON ON DECEMBER 27, 2011**, and defendants shall file their responsive pleadings within **TWENTY-ONE CALENDAR DAYS** of the date the second amended complaint is filed. The hearing set for December 22, 2011 is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 19, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2