**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JULIE ANN WOLF,                              No. C 11-01337 WHA

11            Plaintiff,

12       v.                                       **ORDER GRANTING MOTION
                                                  FOR LEAVE TO FILE SECOND
13   WELLS FARGO BANK, N.A., also known as        AMENDED COMPLAINT**
     Wachovia Mortgage, a division of Wells Fargo
14   Bank, N.A., formerly known as Wachovia
     Mortgage, FSB, formerly known as World
15   Savings Bank, FSB, formerly known as World
     Savings Bank, FSB, NDEX West, LLC,
16   GOLDEN WEST SAVINGS ASSOCIATION
     SERVICE COMPANY, MORTGAGE
17   ELECTRONIC REGISTRATION SYSTEMS,
     INC., GUARANTEE MORTGAGE, and DOES
18   1 through 100, inclusive,

19            Defendants.
                                            /
20

21          Plaintiff Julie Ann Wolf has moved for leave to file a second amended complaint (Dkt.

22   No. 59).  The deadline for pleading amendments in the case management order has not yet passed.

23   Defendants Wachovia Mortgage, Golden West, and Mortgage Electronic Registrations Systems,

24   Inc. have submitted a statement of non-opposition to plaintiff's motion (Dkt. No. 67).  No other

25   defendants have submitted an opposition or statement of non-opposition.  Accordingly, the

26   motion for leave to file a second amended complaint is **GRANTED**.

27

28

United States District Court

For the Northern District of California

1    Plaintiff shall file her second amended complaint by **NOON ON DECEMBER 27, 2011**, and

2    defendants shall file their responsive pleadings within **TWENTY-ONE CALENDAR DAYS** of the date

3    the second amended complaint is filed.  The hearing set for December 22, 2011 is **VACATED**.

4

5    **IT IS SO ORDERED.**

6

7    Dated: December 19, 2011.

8    _____
     WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28