UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE ANN WOLF,<br><br>    Plaintiff,<br><br>vs.<br><br>GUARANTEE MORTGAGE CORPORATION; WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, NATIONAL ASSOCIATION; NDEX WEST, LLC; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 3:11-cv-01337-WHA<br><br>[Assigned to the Honorable William H. Alsup]<br><br>**ORDER GRANTING REQUEST TO CONTINUE RESPONSIVE PLEADING DEADLINE TO THE SECOND AMENDED COMPLAINT** |

Having read and considered the foregoing Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. In light of the upcoming mediation session, the defendants' deadline to file a responsive pleading to the second amended complaint shall be continued to February 7, 2012.

Dated: January 6, 2012.



William Alsup
UNITED STATES DISTRICT JUDGE