IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE ANN WOLF,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, formerly known as World Savings Bank, FSB, NDEX West, LLC, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GUARANTEE MORTGAGE, and DOES 1 through 100, inclusive,

    Defendants.

No. C 11-01337 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

    Defendant Guarantee Mortgage filed a motion to dismiss the second amended complaint on January 11, 2012. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due January 25. None was filed. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why her claims against defendant Guarantee Mortgage should not be dismissed for failure to prosecute. Plaintiff must file a written response to this order by **NOON ON FEBRUARY 3, 2012**. If no response is filed, defendant's motion to dismiss may be granted. The motion hearing previously set for February 23, 2012, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: January 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE