**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE ANN WOLF,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, formerly known as World Savings Bank, FSB, NDEX West, LLC, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GUARANTEE MORTGAGE, and DOES 1 through 100, inclusive,

    Defendants.
                                            /

No. C 11-01337 WHA

**SECOND ORDER TO SHOW CAUSE REGARDING FAILURE TO OPPOSE MOTION TO DISMISS**

    Defendant Guarantee Mortgage filed a motion to dismiss the second amended complaint. Plaintiff failed to oppose. An order to show cause issued on January 31, 2012, ordering plaintiff to show cause why her claims against defendant Guarantee Mortgage should not be dismissed for failure to prosecute. The deadline to respond to the order to show cause passed. No response was received.

    Plaintiff is hereby **ORDERED TO SHOW CAUSE**, why her claims against defendant Guarantee Mortgage should not be dismissed for failure to prosecute. A written response to this

order must be filed **BY FEBRUARY 21, 2012**.  Failure to respond to this second order to show cause may result in dismissal of plaintiff's claims against defendant Guarantee Mortgage. Attorneys Ronald Veridiano Uy and Stevan John Henrioulle of the Law Office of Uy and Henrioulle are listed as counsel for plaintiff in this action.  Counsel must file a submission in compliance with this order to show cause.

**IT IS SO ORDERED.**

Dated:  February 14, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2