IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN WOLF,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, formerly known as World Savings Bank, FSB, NDEX West, LLC, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GUARANTEE MORTGAGE, and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. C 11-01337 WHA<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT GUARANTEE MORTGAGE CORPORATION** |

Two orders to show cause issued requiring plaintiff Julie Ann Wolf to show cause why her claims against defendant Guarantee Mortgage should not be dismissed for failure to prosecute. In response to the second order to show cause, plaintiff submitted a notice of voluntary dismissal with prejudice as to defendant Guarantee Mortgage Corporation, requesting that said defendant be dismissed from this action with prejudice as to all claims. Defendant Guarantee Mortgage Corporation is hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**

Dated: February 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California