1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

**United States District Court**
For the Northern District of California

9    JULIE ANN WOLF,                                    No. C 11-01337 WHA

10              Plaintiff,

11    v.                                                **ORDER DISMISSING WITH
                                                        PREJUDICE DEFENDANT**
12    WELLS FARGO BANK, N.A., also known as Wachovia    **GUARANTEE MORTGAGE**
      Mortgage, a division of Wells Fargo Bank, N.A., formerly **CORPORATION**
13    known as Wachovia Mortgage, FSB, formerly known as
      World Savings Bank, FSB, formerly known as World
14    Savings Bank, FSB, NDEX WEST, LLC, GOLDEN WEST
      SAVINGS ASSOCIATION SERVICE COMPANY,
15    MORTGAGE ELECTRONIC REGISTRATION
      SYSTEMS, INC., GUARANTEE MORTGAGE, and
16    DOES 1 through 100, inclusive,

17              Defendants.

18    _____/

19          Two orders to show cause issued requiring plaintiff Julie Ann Wolf to show cause why

20    her claims against defendant Guarantee Mortgage should not be dismissed for failure to

21    prosecute.  In response to the second order to show cause, plaintiff submitted a notice of

22    voluntary dismissal with prejudice as to defendant Guarantee Mortgage Corporation, requesting

23    that said defendant be dismissed from this action with prejudice as to all claims.  Defendant

24    Guarantee Mortgage Corporation is hereby **DISMISSED WITH PREJUDICE** from this action.

25

26          **IT IS SO ORDERED.**

27

28    Dated:  February 28, 2012.
                                                        _____
                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE