IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN WOLF,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, formerly known as World Savings Bank, FSB, NDEX West, LLC, GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GUARANTEE MORTGAGE, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                                     / | No. C 11-01337 WHA<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT WELLS FARGO** |

    Plaintiff submitted a notice of voluntary dismissal with prejudice as to defendant Wells Fargo Bank, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, and formerly known as World Savings Bank, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), requesting that said defendant be dismissed from this action with prejudice as to all claims. Defendant Wells Fargo is hereby **DISMISSED WITH PREJUDICE** from this action.

    **IT IS SO ORDERED.**

Dated: March 1, 2012.

                                                WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE